States Circuit Court of Appeals for the Second Circuit denied. *Mr. Ferdinand E. M. Bullowa* for the petitioner. *Mr. James Byrne* for the respondents.

---

No. 883. HOWARD H. SYPHER ET AL., PETITIONERS, *v.* BOUVIER-IAEGER COAL LAND COMPANY. January 6, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John H. Holt* for the petitioners. *Mr. George E. Price* for the respondent.

---

No. 892. THE KEYSTONE TYPE FOUNDRY, PETITIONER, *v.* NATIONAL COMPOSITYPE COMPANY. January 6, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. E. W. Bradford* for the petitioner. No appearance for the respondent.

---

No. 895. WALTER MURPHY, PETITIONER, *v.* ASHLEY M. GOULD, ASSOCIATE JUSTICE, ETC. January 6, 1913. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. John Altheus Johnson* for the petitioner. No appearance for the respondent.

---

No. 887. J. L. SHINE, PETITIONER, *v.* THE UNITED STATES. January 13, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. S. Welch* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.